```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                 :
                                         :
      -against-                          :     No. 00 Cr. 54 (JFK)
                                         :
RUDI GONZALEZ,                           :          ORDER
                                         :
                     Defendant.          :
----------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

The Government is directed to file its response to Defendant Rudi Gonzalez's pro se motion for compassionate release (ECF No. 58) by no later than April 30, 2021, and to mail a copy to Gonzalez at that time. Gonzalez shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Gonzalez's motion will be considered fully submitted as of that date.

The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court will mail a copy of this Order to Gonzalez today.

**SO ORDERED.**

Dated: New York, New York
       April 14, 2021

*/s/ John F. Keenan*
John F. Keenan
United States District Judge